[206 Misc. 766.]

JUNIOR L. HOLLENBECK, Appellant, v. ROBERT R. HOLLENBECK, Respondent. ROSETTA HOLLENBECK, Appellant, v. ROBERT R. HOLLENBECK, Respondent.—

Judgment reversed, upon the law and the facts, without costs, and a new trial ordered. Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ., concur. [See *post,* p. 977.]